# Exhibit 3

**Infringement of Claim 8 of U.S. Patent Number 8,498,618 by Everykey, LLC**

| CLAIM LANGUAGE | Evidence: Everykey Device and App ("Infringing Product") |
|---|---|
| 8.0 A method comprising: | Everykey - No more Passwords, No more Keys<br><br>Buy Now<br><br>https://everykey.com/<br><br>The Everykey device ("Infringing Product") logs in a user of the device to the user's computer automatically when the device is nearby the computer. |

| | |
|---|---|
| (8.1) upon receiving a user request for access onboard a first device, ("Element 8.1") | **Pair your Everykey**<br><br>○ **Press and hold the button** on your Everykey, until the blue and red LED lights begin flashing<br>○ Click **Search** to begin searching for your Everykey<br>○ Once your Everykey appears on the screen, click **Pair**<br>○ Your Everykey will pair with your computer, and may update its firmware, which can take up to 5 minutes<br><br>https://everykey.com/setup?desktop<br><br>The Infringing Product satisfies Element 8.1.<br><br>For example, the Infringing Product receives user input to set up for use to unlock the computer, whereby once the Infringing Product is set up, the Infringing Product unlocks the computer so long as the Infringing Product and the computer are connected via Bluetooth. |

| | |
|---|---|
| (8.2) if a drop in a Bluetooth signal between said first device and a remote mobile apparatus was not detected during the period of time between the last time the user was granted access onboard said first device and the time of the new user request for access, said first device sends a message comprising a transformation directive to said remote mobile apparatus, whereby upon said first device obtaining a response from said remote mobile apparatus, decrypting the response using either a symmetric decryption function or public key decryption function corresponding to said transformation directive, automatically extracting authentication credentials from said response and authenticating the user using the authentication credentials, whereby no pass code is requested from the user | What is Everykey?<br><br>Everykey is a Bluetooth device that replaces your keys and passwords. Using *military grade security*, Everykey unlocks your phone, laptop, tablet, house door, car door, and other access-controlled devices when you are nearby, then locks them back down when you walk away. Everykey also generates secure passwords for your website accounts, then automatically logs you in when you visit a website. If you lose your Everykey, you can remotely *freeze it*, so no one else can use it.<br><br>https://everykey.com/<br><br>Encryption<br><br>Everykey utilizes four layers of AES 128-bit, AES 256-bit, and RSA 4096-bit encryption, the same encryption used by the military to protect top-secret documents. Only your Everykey and the devices it unlocks hold the final encryption key, so our company has no way of decrypting your passwords.<br><br>https://everykey.com/security<br><br>The Infringing Product satisfies Element 8.2.<br><br>For example, the Infringing Product and the computer exchange encrypted exchange keys while there is no drop in Bluetooth signal, and the computer remains unlocked without requiring a password so long as a Bluetooth session is maintained. |

|  |  |
|---|---|
| and wherein if a drop in a Bluetooth signal between said first device and a remote mobile apparatus was detected during the period of time between the last time the user was granted access onboard said first device and the time of the new user request for access, a pass code is requested from the user. ("Element 8.2"). | ### What is Everykey?<br><br>Everykey is a Bluetooth device that replaces your keys and passwords. Using *military grade security* , Everykey unlocks your phone, laptop, tablet, house door, car door, and other access-controlled devices when you are nearby, then locks them back down when you walk away. Everykey also generates secure passwords for your website accounts, then automatically logs you in when you visit a website. If you lose your Everykey, you can remotely *freeze it*, so no one else can use it.<br><br>https://everykey.com/<br><br>If a drop in connection occurs, the computer will require the user to input a pass code if the user wants to log in. |