# Exhibit 4

**Infringement of Claim 1 of U.S. Patent Number 8,115,609 by Everykey, LLC**

| CLAIM 1 | Evidence: Everykey Device and App ("Infringing Product") |
|---|---|
| 1. A method for authorizing user access comprising: | Everykey - No more Passwords, No more Keys<br><br>Buy Now<br><br>https://everykey.com/<br><br>The Everykey device ("Infringing Product") logs in a user of the device to the user's computer automatically when the device is nearby the computer. |

| | |
|---|---|
| (1.1) pairing with a unitary apparatus containing a single transceiver in a first range, wherein said single transceiver is selected from the group consisting of a BLUETOOTH transceiver and a Wibree transceiver, ("Element 1.1"). | **Pair your Everykey**<br><br>○ **Press and hold the button** on your Everykey, until the blue and red LED lights begin flashing<br>○ Click **Search** to begin searching for your Everykey<br>○ Once your Everykey appears on the screen, **click Pair**<br>○ Your Everykey will pair with your computer, and may update its firmware, which can take up to 5 minutes<br><br>https://everykey.com/setup?desktop<br><br>The Infringing Product satisfies Element 1.1.<br><br>For example, The Infringing Product is aired with the user' computer via Bluetooth. |

| | |
|---|---|
| (1.2) Wherein upon a user performing actions selected from the group consisting of:<br><br>activating a personal electronic device,<br><br>launching an application onboard a personal electronic device,<br><br>pressing a button onboard a personal electronic device,<br><br>activating a switch onboard a personal electronic device,<br><br>touching a screen onboard a personal electronic device,<br><br>opening a file onboard a personal electronic device,<br><br>accessing data onboard a personal electronic device,<br><br>pulling a door handle connected to a personal electronic device,<br><br>pushing an engine start button connected to a personal electronic device,<br><br>pushing a safety lock connected to a personal electronic device,<br><br>pushing a trigger onboard a personal electronic device, and | **Computer Unlock Password**<br><br>○ You may be asked for your **computer's password,** which Everykey needs in order to lock and unlock your computer<br>○ Type your **Computer Password**<br>○ Click **Submit**<br><br>https://everykey.com/setup?desktop<br><br>The Infringing Product satisfies Element 1.2.<br><br>For exampe, the user inputs a password at the computer, whereby once the Infringing Product and computer are set up, the Infringing Product unlocks the computer so long as the Infringing Product and the computer are connected via Bluetooth. |

| | |
|---|---|
| pulling a trigger onboard a personal electronic device, | |
| said personal electronic device wirelessly authenticates said unitary apparatus,<br><br>whereby said authenticating of said unitary apparatus comprises performing the actions selected from the group consisting of:<br><br>said personal electronic device establishing a secure two-way wireless connection with said unitary apparatus,<br><br>said personal device paging said unitary apparatus and receiving a response,<br><br>said personal electronic device performing a Bluetooth inquiry and verifying said unitary apparatus responds,<br><br>said personal electronic device verifying said unitary apparatus is within the vicinity,<br><br>said personal electronic device requesting a digital key from said unitary apparatus and verifying said digital key is valid, and<br><br>said personal electronic device requesting a digital key from said unitary apparatus and verifying said digital key matches a private key, | **What is Everykey?**<br><br>Everykey is a Bluetooth device that replaces your keys and passwords. Using *military grade security*, Everykey unlocks your phone, laptop, tablet, house door, car door, and other access-controlled devices when you are nearby, then locks them back down when you walk away. Everykey also generates secure passwords for your website accounts, then automatically logs you in when you visit a website. If you lose your Everykey, you can remotely *freeze it*, so no one else can use it.<br><br>https://everykey.com/<br><br>**Encryption**<br><br>Everykey utilizes four layers of AES 128-bit, AES 256-bit, and RSA 4096-bit encryption, the same encryption used by the military to protect top-secret documents. Only your Everykey and the devices it unlocks hold the final encryption key, so our company has no way of decrypting your passwords.<br><br>https://everykey.com/security<br><br>The Infringing Product and the computer exchange encrypted exchange keys. |

| | |
|---|---|
| wherein upon successful authentication, performing actions selected from the group consisting of: enabling user access, decrypting a file, launching an application, unlocking a phone, unlocking a screen, unlocking a file, unlocking a door, activating a mechanical apparatus, starting an engine, and activating a relay ("Element 1.2"). | What is Everykey?<br><br>Everykey is a Bluetooth device that replaces your keys and passwords. Using *military grade security*, <u>Everykey unlocks your phone, laptop, tablet, house door, car door, and other access-controlled devices when you are nearby, then locks them back down when you walk away.</u> Everykey also generates secure passwords for your website accounts, then automatically logs you in when you visit a website. If you lose your Everykey, you can remotely *freeze it*, so no one else can use it.<br><br>https://everykey.com/<br><br>Upon authentication, the Infringing Product unlocks the computer when in the vicinity. |

Page **6** of **6**